1  HAGOP T. BEDOYAN, CSB NO. 131285
   CHRISTIAN D. JINKERSON, CSB NO. 232143
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  5260 N. Palm Avenue, Suite 201
   Fresno, California  93704
4  Telephone: (559) 438-4374
5  Facsimile:  (559) 432-1847
   Email: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com
6
   Attorneys for Creditor
7  HOWREY CLAIMS, LLC

8              **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

10

11 | In re:                              | Case No. 4:13-cv-00449-SBA |
12 | HOWREY LLP,                         |                            |
13 |         Debtor.                     | Bankruptcy Case No. 11-31376 DM |
14 |                                     |                            |
15 | Howrey Claims, LLC                  | ORDER GRANTING MOTION TO APPROVE STIPULATION TO CONSOLIDATE PROCEEDINGS AND SET BRIEFING SCHEDULE |
16 |         Appellant,                  |                            |
17 |     v.                              |                            |
18 |                                     |                            |
19 | Alan Diamond, Chapter 11 Trustee    |                            |
20 |         Appellee.                   |                            |

21

22         HOWREY CLAIMS, LLC ("Appellant") filed a motion to approve a stipulation with

23  ALAN DIAMOND, CHAPTER 11 TRUSTEE OF HOWREY LLP ("Appellee") to consolidate

24  the two appeals in this matter which are District Court Case No. 4:13-cv-00449-SBA and

25  District Court Case No. 4:13-cv-00981-SBA, and to extend and set a briefing schedule for the

26  consolidated appeals.

27         Having considered the motion, the declaration provided in support thereof, and the

28  stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT

1. The motion is granted;

2. The appeal in adversary proceeding number 12-03155, which is District Court Case No. 4:13-cv-00981-SBA, shall be consolidated with and into the appeal in bankruptcy case number 11-31376, District Court Case No. 4:13-cv-00449-SBA;

3. Case No. 4:13-cv-00449-SBA shall be the lead case and is the case in which all future filings in this matter shall be submitted.

4. Case No. 4:13-cv-00981 shall be closed and terminated.

5. The deadline to file and serve Appellant's opening brief, as well as Appellant's excerpts of record, shall be extended to May 1, 2013. The deadline to file and serve Appellee's brief shall be extended to June 5, 2013. The deadline to file and serve Appellant's reply brief shall be extended to July 5, 2013.

6. This Order terminates Docket 13 and Docket 15.

IT IS SO ORDERED.

Dated: 3/26/13                               _____
                                             UNITED STATES DISTRICT JUDGE